THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD
NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY
PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Richard Burr Flynn, Appellant.
 
 
 

Appeal From Spartanburg County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2004-UP-449
Submitted July 7, 2004  Filed August 
 25, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal 
 Counsel Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia,for 
 Respondent.
 
 
 

PER CURIAM:  Richard Burr Flynn appeals 
 the revocation of his probation, arguing the trial court abused its discretion 
 by basing its decision partially on Flynns failure to pay supervision fees.  
 Flynns counsel attached a petition to be relieved as counsel, stating that 
 she reviewed the record and concluded the appeal lacks merit.  Flynn did not 
 file a separate pro se brief.  After a thorough review of the 
 record pursuant to Anders v. California, 386 U.S. 738 (1967) and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Flynns appeal and grant counsels petition to be relieved. 
APPEAL DISMISSED. 
HEARN, C.J., HUFF, JJ., and CURETON, A.J., concur.

 
 [1] We decided this case without oral argument pursuant 
 to Rule 215, SCACR.